CLOTHILDE BODINE et al., Respondents, *v.* RONALD K. BROWN et al., Trustees, et al., Appellants, et al., Respondents.

Reported below, 12 App. Div. 335.
(Argued March 1, 1897; decided March 9, 1897.)

MOTION to place on calendar as a preferred cause, under subdivision 6, section 791 of the Code of Civil Procedure, an appeal, by permission, from a judgment of the Appellate

Division of the Supreme Court in the first judicial department, entered December 30, 1896, which affirmed an interlocutory judgment entered upon a decision of the court on trial at Special Term, in an action of partition.

*George W. Van Slyck* for motion.

Motion granted.